AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| OREGON AND SOUTHWEST WASHINGTON NECA-IBEW ELECTRICAL WORKERS AUDIT COMMITTEE<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALAMEDA ELECTRIC LLC<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-2160-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David James Thompson, Registered Agent for
ALAMEDA ELECTRIC, LLC
3415 NE 44th Avenue
Portland, OR 97213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Linda J. Larkin, OSB #792954
Bennett, Hartman, Morris & Kaplan, LLP
210 SW Morrison Street, Suite 500
Portland, OR 97204
503-227-4600
larkinl@bennetthartman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **11/19/2015**

By: **s/Elizabeth Potter, Deputy Clerk**